ROBERT L. BROSIO
United States Attorney
FREDERICK M. BROSIO, JR.
Assistant United States Attorney
Chief, Civil Division
HUGH W. BLANCHARD
ASSISTANT UNITED STATES ATTORNEY
    312 NORTH SPRING STREET
    LOS ANGELES, CA   90012
    213-894-2470
Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT

DEC 14 198

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL SIDTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Planitiff,

    v.

JOHN FOROUTANZAD

          Defendant(s).

_____/

COURT NO: CV89A 80428

DEFAULT JUDGMENT

ENTERED
CLERK, U.S. DISTRICT COURT

DEC 14 1989

CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

In the above-entitled action, and affidavit on behalf of the

plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff,

do have and recover of and from JOHN FOROUTANZAD

the sum of $142,157.54 as principal, $7,031.68 as accrued prejudgment

interest, $0 administrative charges, and $19,677.02 penalty charges, and

$20.00 costs, for total amount of $168,886.24, plus interest at the

current rate until entry of judgment.

    Judgment to accrue interest at the legal rate until paid.

    DATE: December 14, 1989

                       LEONARD A. BROSNAN, CLERK
                       U.S. District Court
                       Central District of California

                       LINDA CHAI
          By: _____
                       Deputy Clerk